NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ROBERT ZINK
Acting Chief, Fraud Section
NIALL M. O'DONNELL (D.C. Bar No.991519)
Assistant Chief
EMILY Z. CULBERTSON (Cal. Bar No. 282560)
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
     4811 Airport Plaza Drive, 5th floor
     Long Beach, California 90815
     Telephone: (202) 257-3295 (O'Donnell)
                (202) 230-0673 (Culbertson)
     E-mail: niall.odonnell@usdoj.gov
             emily.culbertson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>         v.<br><br>GRACE HONG,<br>  aka "Mi Kyung Hong,"<br>  aka "Caris Mi Kyung,"<br><br>  Defendant. | No. CR 16-414-GW<br><br>**GOVERNMENT'S PRELIMINARY EXHIBIT LIST**<br><br>**TRIAL DATE:** May 21, 2019<br>**TIME:**       8:30 a.m.<br>**PLACE:**      Ctrm. 9D |

   Plaintiff United States of America, by and through its counsel of record, the Fraud Section of the United States Department of Justice, hereby submits the attached Government's Preliminary Exhibit List.

The United States reserves the right to modify this list as necessary both before and during trial.

Dated: May 16, 2019    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/
NIALL M. O'DONNELL
Assistant Chief
EMILY Z. CULBERTSON
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Ex. # | Description | Objection | Stip. Auth. | Stip. Admit |
|---|---|---|---|---|
| 101 | Resume of Courtney Epperson | | | |
| 102 | JH Physical Therapy Enrollment Application | | | |
| 103 | JH Physical Therapy EDI | | | |
| 104 | JH Physical Therapy EFT | | | |
| 105 | Roderick Concepcion Enrollment | | | |
| 106 | Roderick Concepcion Reassignment | | | |
| 107 | Keith Canlapan Enrollment | | | |
| 108 | Keith Canlapan Reassignment | | | |
| 109 | Michael Parker Reassignment | | | |
| 110 | Henry Penaranda Certification | | | |
| 111 | Henry Penaranda Reassignment | | | |
| 201 | JH Physical Therapy Claims | | | |
| 202 | Roderick Concepcion Claims | | | |
| 203 | RDI RSG Claims | | | |
| 301 | Chase RDI Acct 5060 | | | |
| 302 | Chase RSG Acct 2698 | | | |
| 303 | Chase RSG Acct 5234 | | | |
| 304 | WSB CMH Practice Acct 6162 | | | |
| 304A | Acct 6162 Sig Cards | | | |
| 305 | WSB HK Practice Acct 3500 | | | |
| 305A | Account 3500 Sig Cards | | | |
| 306 | WSB Hong's Medical Acct 5832 | | | |
| 306A | Account 5832 Sig Cards | | | |
| 307 | WSB JH Acct 8440 | | | |
| 307A | Account 8440 Sig Cards | | | |
| 308 | WSB Valley Blvd Acct 7614 | | | |
| 308A | Account 7614 Sig Card | | | |
| 401 | JH Physical Therapy Patient Record for Kim, Gil A | | | |
| 401A | Kim, Gil A Progress Note - 2011.07.01 | | | |
| 406 | JH Physical Therapy Patient Record for Sung, Man Jean Hsieh | | | |
| 407 | JH Physical Therapy Patient Record for Yun Keum I OT | | | |
| 407A | Yun, Keum 2011.08.24 | | | |
| 408 | JH Physical Therapy Patient Record for Yun, Keum I PT | | | |
| 409 | Treatment Log Binder | | | |
| 409A | Treatment Log - 2011.07.01 | | | |
| 409B | Treatment Log - 2011.08.24 | | | |
| 410 | Treatment Log Binder | | | |
| 410A | Treatment Log - 2012.09.13 | | | |

| Ex. # | Description | Objection | Stip. Auth. | Stip. Admit |
|---|---|---|---|---|
| 501 | Accubill Walnut Location Faxes | | | |
| 501A | Fax cover sheets | | | |
| 501B | Fax cover sheet dated 01/14/2010 re: 5 Units | | | |
| 501C | Fax cover sheet dated 05/24/2010 re: Sales Vacation | | | |
| 501D | Fax cover sheet dated 06/04/2010 re: Sales Vacation | | | |
| 502 | Email dated 03/20/2009 from RSG to Simon and Grace Hong | | | |
| 503 | Email dated 04/02/2009 from RSG to Simon and Grace Hong | | | |
| 504 | Email dated 05/22/2009 from Accubill to Danniel Goyena | | | |
| 505 | Email dated 06/22/2009 from RSG to Simon and Grace Hong | | | |
| 506 | Email dated 08/26/2009 from RSG to Simon and Grace Hong | | | |
| 507 | Email dated 01/15/2010 from Accubill to Grace Hong and RSG | | | |
| 508 | Email dated 01/21/2010 from Accubill to Grace Hong and RSG | | | |
| 509 | Email dated 11/29/2010 from Accubill to RSG and Grace Hong | | | |
| 510 | Email dated 04/26/2011 from RSG to Accubill and Simon and Grace Hong | | | |
| 601 | Danniel Goyena Plea Agreement | | | |
| 602 | Joseff Sales Plea Agreement | | | |
| 603 | Keith Canlapan Plea Agreement | | | |
| 604 | Roderick Concepcion Plea Agreement | | | |
| 701 | 355 S. Lemon Avenue Lease | | | |
| 701A | 355 S. Lemon Avenue Diagram | | | |
| 702 | 20265 Valley Blvd Lease | | | |
| 703 | Photo of Lemon Ave dated 11/27/2012 | | | |
| 704 | Photo of Lemon Ave dated 05/15/2012 | | | |
| 801 | CMH Physical Therapy Corporate Records | | | |
| 802 | CMH Practice Solution Corporate Records | | | |
| 803 | HK Practice & Management Corporate Records | | | |
| 804 | Hong's Medical Management Corporate Records | | | |
| 805 | JH Physical Therapy Corporate Records | | | |

| Ex. # | Description | Objection | Stip. Auth. | Stip. Admit |
|---|---|---|---|---|
| 806 | VINS Physical Therapy Corporate Records | | | |
| 807 | MGR Physical Therapy Corporate Records | | | |
| 901 | Grace Hong Recording 1 | | | |
| 901A | Grace Hong Transcript 1 | | | |
| 902 | Grace Hong Recording 2 | | | |
| 902A | Grace Hong Transcript 2 | | | |
| 903 | Grace Hong Recording 3 | | | |
| 903A | Grace Hong Transcript 3 | | | |
| 904 | Grace Hong Recording 4 | | | |
| 904A | Grace Hong Transcript 4 | | | |
| 905 | Grace Hong Recording 5 | | | |
| 905A | Grace Hong Transcript 5 | | | |
| 906 | Grace Hong Recording 6 | | | |
| 906A | Grace Hong Transcript 6 | | | |
| 907 | Grace Hong Recording 7 | | | |
| 907A | Grace Hong Transcript 7 | | | |
| 908 | Grace Hong Recording 8 | | | |
| 908A | Grace Hong Transcript 8 | | | |
| 909 | Grace Hong Recording 9 | | | |
| 909A | Grace Hong Transcript 9 | | | |
| 910 | Grace Hong Recording 10 | | | |
| 910A | Grace Hong Transcript 10 | | | |
| 911 | Grace Hong Recording 11 | | | |
| 911A | Grace Hong Transcript 11 | | | |
| 912 | Photo Lineup from Grace Hong Interview | | | |
| 1001 | Canlapan, Keith Driver's License | | | |
| 1001A | Canlapan, Keith Photo | | | |
| 1002 | Concepcion, Roderick Driver's License | | | |
| 1002A | Concepcion, Roderick Photo | | | |
| 1003 | Goyenna, Danniel Driver's License | | | |
| 1003A | Goyenna, Danniel Photo | | | |
| 1004 | Hong, Grace Driver's License | | | |
| 1004A | Hong, Grace Photo | | | |
| 1005 | Hong, Simon Driver's License | | | |
| 1005A | Hong, Simon Photo | | | |
| 1006 | Jeon, Chang Yong Driver's License | | | |
| 1006A | Jeon, Chang Yong Photo | | | |
| 1007 | Kim, Gil Driver's License | | | |
| 1007A | Kim, Gil Photo | | | |
| 1008 | Kim, Jin Won Driver's License | | | |

| Ex. # | Description | Objection | Stip. Auth. | Stip. Admit |
|---|---|---|---|---|
| 1008A | Kim, Jin Won Photo | | | |
| 1010 | Kim, Theresa Pyong Driver's License | | | |
| 1010A | Kim, Theresa Pyong Photo | | | |
| 1011 | Kwon, In Hak Driver's License | | | |
| 1011A | Kwon, In Hak Photo | | | |
| 1013 | Lee, Chong Jun Driver's License | | | |
| 1013A | Lee, Chong Jun Photo | | | |
| 1015 | Lee, Yong Shan Driver's License | | | |
| 1015A | Lee, Yong Shan Photo | | | |
| 1016 | Parker, Michael Driver's License | | | |
| 1016A | Parker, Michael Photo | | | |
| 1017 | Penaranda, Henry Driver's License | | | |
| 1017A | Penaranda, Henry Photo | | | |
| 1018 | Ran, Heo Jae Photo | | | |
| 1019 | Sales, Joseff Driver's License | | | |
| 1019A | Sales, Joseff Photo | | | |
| 1020 | Seo, Peter Driver's License | | | |
| 1020A | Seo, Peter Photo | | | |
| 1021 | Sung, Man Jean Hsieh Driver's License | | | |
| 1021A | Sung, Man Jean Hsieh Photo | | | |
| 1022 | Yun, Keum Im Driver's License | | | |
| 1022A | Yun, Keum Im Photo | | | |
| 1103 | Penaranda Int'l Travel Records | | | |
| 1201 | Summary of Medicare Billed and Paid for Therapists at JH Physical Therapy | | | |
| 1202 | Summary of Medicare Billed and Paid by Therapists at JH Physical Therapy | | | |
| 1203 | Summary of Medicare Billed by Service Type for Therapists at JH Physical Therapy (2009-2012) | | | |
| 1204 | Summary of Procedure Codes Billed During a Visit for Therapists at JH Physical Therapy (2009-2012) | | | |
| 1205 | Units Billed Per Patient Visit for Therapists at JH Physical Therapy | | | |
| 1206 | JH Physical Therapy Medicare Billing by Roderick Concepcion while Out of Country | | | |
| 1207 | JH Physical Therapy Medicare Billing by Keith Canlapan while Out of Country | | | |

6

| Ex. # | Description | Objection | Stip. Auth. | Stip. Admit |
|---|---|---|---|---|
| 1208 | JH Physical Therapy Medicare Billing by Henry Penaranda while Out of Country | | | |
| 1209 | Average Beneficiaries Billed by Day and Average Number of Days Billed per Week by Keith Canlapan at JH Physical Therapy | | | |
| 1210 | Summary of Medicate Billed and Paid for Joseff Sales | | | |
| 1211 | All Services Listed on GX 501B Billed to Medicare Using Joseff Sales' NPI | | | |
| 1212 | Billing Days Listed on GX 501C & GX 501D when Joseff Sales on Vacation – Billed to Medicare using Pabuaya's NPI | | | |
| 1213 | Bank Accounts Included in Analysis | | | |
| 1214 | Cash Flow to Hong Entities from Medicare (12/2009-12/2012) | | | |
| 1215 | CMH Practice Solution Inc. Selected Inflows & Outflows of Funds | | | |
| 1216 | Medicare Payments to Roderick Concepcion & Roderick Concepcion Payments to Hong Entities by Month | | | |
| 1217 | Medicare Payments to JH Physical Therapy & JH Physical Therapy Payments to Hong Entities by Month | | | |
| 1218 | Summary of Payments to Jin Won Kim from Hong Entities (8/2009 – 12/2012) | | | |
| 1219 | Summary of Payments to Select Acupuncturists/Masseuses from Hong Entities by Year (7/2009 – 12/2012) | | | |
| 1220 | Summary of Payments to Sun Mee Chung from Hong Entities (11/2010-10/2011) | | | |
| 1221 | Summary of Medicare Billed and Paid where Sun Mee Chung is Referring at JH Physical Therapy (10/2010-8/2012) | | | |
| 1222 | Cash Flow to Hong Entities from Medicare (5/2009-9/2013) | | | |
| 1223 | Summary of Medicare Payments Received by Year (5/2009-9/2013) | | | |

| Ex. # | Description | Objection | Stip. Auth. | Stip. Admit |
|---|---|---|---|---|
| 1224 | Summary of Payments to Hong Entities by Medicare Recipients (10/2009-5/2013) | | | |
| 1225 | Summary of Medicare Beneficiary Gil Kim Service on 07/01/2011 | | | |
| 1226 | Summary of Medicare Claims at JH Physical Therapy (12/2/2009-7/7/2012) – Gil A. Kim | | | |
| 1227 | Summary of Medicare Beneficiary Keum Im Yun Service on 08/27/2011 | | | |
| 1228 | Summary of Medicare Claims at JH Physical Therapy (3/24/2011 – 11/9/2012) – Keum Im Yun | | | |
| 1229 | Summary of Medicare Beneficiary Peter Seo Service on 09/13/2012) | | | |
| 1230 | Summary of Medicare Claims at JH Physical Therapy(11/27/2010-9/13/2012) – Peter Seo | | | |
| 1231 | Summary of Medicare Claims at JH Physical Therapy (3/29/2011 – 6/14/2011)- Chang Jeon | | | |
| 1232 | Summary of Medicare Claims at JH Physical Therapy (11/23/2010 – 9/27/2011) – Teresa Kim | | | |
| 1233 | Summary of Medicare Claims at JH Physical Therapy (7/14/2011 - 3/8/2012) – In Kwon | | | |
| 1234 | Summary of Medicare Claims at JH Physical Therapy (4/17/2012 – 7/6/2012) – Chong Lee | | | |