# Exhibit A

**F-ZONE1-0034 Claims Certification**

*Version: V2*                                                                                                          *Release Date: 8/31/2017*

## Certification of Regularly Conducted Activity

I, Jill Erickson, declare that I am employed by SafeGuard Services LLC, in the position of Data Analyst, and by reason of my position, I am a duly authorized custodian of records of my employer and am authorized and qualified to make this declaration.

I further declare that the claims data attached for JH Physical Therapy, Inc. (PTAN CN658A) and Roderick H. Concepcion. (PTAN CG808A), which were queried on February 21, 2018 were claims submitted by this provider from January 1, 2008 through December 31, 2015 are originals or true copies of records which:
1. were made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
2. were kept in the course of a regularly conducted business activity;
3. were made by the regularly conducted activity as a regular practice; and
4. if not original records, are exact duplicates of original records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Chico, CA, on February 23, 2018.

*[signature]*

Jill Erickson
WMM #: 4102202018009



**SafeGuard Services LLC**

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain SGS Internal or SGS Confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies of the original message.

Sender Name: Sigrid Wakefield
Sender Phone Number: (916) 540-1223

Special Agent Ross Reid
Department of Health and Human Services-Office of Inspector General
600 City Parkway West, Suite 500
Orange, CA 92868

*This Space Intentionally Left Blank*

Zone Program Integrity Contractor, Zone 1
P. O. Box 2806 Chico, CA 95927
Fax: (530) 896-7099

www.safeguard-servicesllc.com

WMM#: 5112272013022

Release Date: 08/30/2016
SGS Confidential



SafeGuard Services LLC

September 2, 2016

Special Agent Ross Reid
Department of Health and Human Services-Office of Inspector General
600 City Parkway West, Suite 500
Orange, CA 92868

RE: Request for Information WMM# 5112272013022

To Special Agent Reid,

Per you request on August 23, 2106. The attached Claims Certification form for claims data for dates of service January 1, 2006 to December 31, 2013, for Rehab Dynamics, Inc., RSG Rehab Team, Inc., Innovation Physical Therapy and Rehab Center, Inc., and the associated providers, sent to you on February 5, 2014.

The enclosed file is password protected in compliance with HIPAA regulations and is the same as the original. If you have questions regarding the enclosed information, please contact me at 916-540-1223.

Sincerely,

*Sigrid Wakefield*

Sigrid Wakefield, Data Analyst
Zone Program Integrity Contractor (ZPIC), Zone 1
SafeGuard Services, LLC

Zone Program Integrity Contractor, Zone 1
P. O. Box 2806 Chico, CA 95927
Fax: (530) 896-7099

www.safeguard-servicesllc.com

WMM#: 5112272013022

Release Date: 08/30/2016
SGS Confidential

Exhibit A Page 4 of 6

Page 2 of 2

RDI_287246

| SafeGuard Services LLC | Contract: | SafeGuard Services |
|---|---|---|
| | Task Order: | ZONE 1 ZPIC (Zone Program Integrity Contractor) |
| | Name: | F-ZONE1-0034 Claims Certification Form V7.0 |

## CERTIFICATION OF REGULARLY CONDUCTED ACTIVITY

I, Sigrid Wakefield, declare that I am employed by SafeGuard Services LLC, in the position of Data Analyst, and by reason of my position, I am a duly authorized custodian of records of my employer and am authorized and qualified to make this declaration.

I further declare that the claims data attached for Physical Therapist (PT) Chona Pabuaya, NPI 1568619534; PT Eddieson Legaspi, NPI 1215973011; PT Jimmy Wong, NPI 1346445657; PT Rose Vivien Sayat, NPI 1447422423; PT Michael Bigay, NPI 1043267834; PT Leovigildo Sayat, NPI 1427220573; PT Maela Calubaquib, NPI 1467616359; PT Joseff Sales, NPI 1194919936; PT Karen Kristine Bravo, NPI 1568743763; PT Fredric Art Sayao, NPI 1003197203, and PT Loreelei Abbariao, NPI 1619218179, which were queried on January 30, 2014, were claims submitted by these providers from January 1, 2006, through December 31, 2013, are originals or true copies of records which:

I. were made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

II. were kept in the course of a regularly conducted business activity;

III. were made by the regularly conducted activity as a regular practice; and

IV. if not original records, are exact duplicates of original records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Chico, CA, on September 2, 2016.

*Sigrid Wakefield*
(SGS personnel signature)

WMM #5112272012022

Document Control: The master copy of this document is stored at the location identified in the Document Control Master List. Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of the applicable task orders for SafeGuard Services LLC. SGS Internal

Exhibit A Page 5 of 6                Page 1 of 1

Release Date: 05/18/2016

RDI_287247

PO BOX 1508 | AUGUSTA, GA 30903-1508 | PALMETTOGBA.COM/J1 | ISO 9001

**A/B MAC JURISDICTION 1**
*California, Nevada, Hawaii, Guam, American Samoa, Northern Mariana Islands*

**PALMETTO GBA.**
A CELERIAN GROUP COMPANY

## DECLARATION OF CUSTODIAN OF RECORDS

I, Debbie Fitch, J1 ZPIC Provider Enrollment Operations, being the duly authorized Custodian of Records at First Coast Service Options, Inc., 532 Riverside Ave., Jacksonville, FL 32202, do hereby state that the attached documents are a true and complete copy of all CMS 855 Medicare enrollment records pertaining to Henry Penaranda - EB739Z, Keith Canlapan - CN663Z, Roderick H. Concepcion - CG808A and Michael J. Parker - AU230Y, that were kept and maintained by FCSO in the ordinary course of business.

I hereby certify and declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Custodian

Dated this 23 of August 2013

A CMS-Contracted Medicare Administrative Contractor

