```
             UNITED STATES DISTRICT COURT

     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

                  HONORABLE GEORGE WU

          UNITED STATES DISTRICT JUDGE PRESIDING

                        - - -


United States of America,       )
                PLAINTIFF,      )
                                )
VS.                             )   NO. CR 16-414 GW
                                )
Grace Hong,                     )
                DEFENDANT,      )
_____)




          REPORTER'S TRANSCRIPT OF PROCEEDINGS

                JURY TRIAL - DAY ONE

              LOS ANGELES, CALIFORNIA

               TUESDAY, MAY 21, 2019




         _____

            KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
                    Suite 4311
                 350 West 1st Street
               Los Angeles, CA  90012
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  fraud, and fraud and lies for money.  After you have
2  heard the evidence and seen the evidence in this case,
3  Ms. Culbertson and I will have another opportunity to
4  review the evidence in this case with you.
5        And at that time, we will ask you to return
6  the only verdict that is supported by the evidence in
7  this case.  And that is guilty as to all counts.
8        Thank you.
9        THE COURT:  All right.  For the defense?
10       MR. COHEN:  Thanks, your Honor.  Can I have a
11 moment to set up?
12       THE COURT:  Sure.
13       MR. COHEN:  Thank you.
14       May I proceed, your Honor.
15       THE COURT:  Yes.
16       MR. COHEN:  Thank you.
17       Ladies and gentlemen, almost everything that
18 Mr. O'Donnell just told you is true.  On May 28, 2009, a
19 man named Simon Hong together with a man named Roger
20 Concepcion opened a bank account at Wilshire State Bank.
21       That date almost exactly 10 years ago marked
22 the very beginning of the efforts of these two men, Simon
23 Hong and Roger Concepcion, to defraud and scam our
24 nation's complicated Medicare system.
25       Mr. O'Donnell just told you that what those

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  two men did was a crime, and he is right.  It was.  Now,
2  it is always nice to start where everybody agrees, so let
3  me stay on this path for a little bit.
4          We all agree that Simon Hong owned and
5  operated a bunch of businesses, including Hong's Medical
6  Management Incorporated, CMH Practice Solution, and HK
7  Practice Solution, Inc.
8          We also all agree that Simon Hong and Roderick
9  Concepcion opened up JH Physical Therapy together.  And
10 finally, we all agree that Roger Concepcion went out and
11 recruited physical therapists to work at JH Physical
12 Therapy.
13         Ladies and gentlemen, it is 1000 percent a
14 fact that all of Simon Hong's businesses were infected
15 with fraud.  And as I just said, almost all of what
16 Mr. O'Donnell just told you is true.  But I would like to
17 start with two things that Mr. O'Donnell didn't tell you.
18         Two unusual things that you will hear during
19 the course of this trial.  The first unusual thing that
20 you are going to hear during the course of this trial is
21 that many of the witnesses who are cooperating with the
22 government have met federal agents and government
23 prosecutors on multiple occasions over the years.
24         Roderick Concepcion, for example, has met
25 somewhere between eight, nine or ten times with federal