NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ROBERT ZINK
Acting Chief, Fraud Section
NIALL M. O'DONNELL (D.C. Bar No. 991519)
Assistant Chief
EMILY Z. CULBERTSON (Cal. Bar No. 282560)
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
    4811 Airport Plaza Drive, 5th floor
    Long Beach, California 90815
    Telephone: (202) 257-3295
    Facsimile: (562) 982-1799
    E-mail: niall.odonnell@usdoj.gov
           emily.culbertson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-0414-GW |
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | Trial Date: May 21, 2019<br>Trial Time: 8:30 a.m. |
| GRACE HONG,<br>   aka "Mi Kyung Hong,"<br>   aka "Caris Mi Kyung," | Courtroom: 9D |
| Defendant. | |

The United States of America and defendant Grace Hong, by and through their counsel of record, hereby submits the following joint proposed verdict form.

Dated: May 26, 2019

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| NIALL M. O'DONNELL | REUVEN L. COHEN |
| Assistant Chief | GABRIEL L. PARDO |
| EMILY Z. CULBERTSON | BRITTANY LANE |
| Trial Attorney | Cohen Williams LLP |
| Fraud Section, Criminal Division | Attorneys for Defendant GRACE HONG |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

|   |   |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,    v.  GRACE HONG,    Defendant. | 2:16-CR-00414-GW  <u>VERDICT FORM AS TO</u>  <u>DEFENDANT GRACE HONG</u> |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

We, the jury, unanimously find defendant GRACE HONG as follows:

As to Count One (Conspiracy to Commit Health Care Fraud):

\_\_\_\_\_ NOT GUILTY          \_\_\_\_\_ GUILTY

As to Count Six (Health Care Fraud as to Gil A. Kim):

\_\_\_\_\_ NOT GUILTY          \_\_\_\_\_ GUILTY

As to Count Seven (Health Care Fraud as to Keum Im Yun):

\_\_\_\_\_ NOT GUILTY          \_\_\_\_\_ GUILTY

As to Count Eight (Health Care Fraud as to Peter Seo):

\_\_\_\_\_ NOT GUILTY          \_\_\_\_\_ GUILTY

Dated: _____          _____

                                                          FOREPERSON OF THE JURY