# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 16-414-GW |
| Date | May 28, 2019 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | Kyung Ha Kim, Sunhee Paik, Raymond Oh and Annie E. Lee - KOREAN |

| Javier Gonzalez | Katie E. Thibodeaux | Niall M. O'Donnell; Emily Z. Culbertson |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Grace Hong | ✔ | | ✔ | 2. Reuven Cohen; Gabriel L. Pardo<br>Brittany L. Lane | ✔ | | ✔ |

\_\_\_\_ Day COURT TRIAL    5th Day JURY TRIAL    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    \_\_\_\_ Held & continued;    ✔ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted  \_\_\_\_ denied  \_\_\_\_ submitted

✔ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted  ✔ denied  \_\_\_\_ submitted

✔ Closing arguments made    ✔ Court instructs jury    ✔ Bailiff sworn

✔ Alternates excused    ✔ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    ✔ Jury Verdict as follows:

Dft # \_\_\_\_    ✔ Guilty on count(s)  1, 6, 7, 8    \_\_\_\_ Not Guilty on count(s)

✔ Jury polled    \_\_\_\_ Polling waived

✔ Filed Witness & Exhibit lists    ✔ Filed Jury notes    ✔ Filed Jury Instructions    ✔ Filed Jury Verdict

✔ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to July 29, 2019 for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

✔ Case continued to July 29, 2019 at 8:00 a.m. for sentencing. Position Papers due by July 22, 2019.

✔ Other: Clerk reviewed admitted exhibits with counsel. Counsel stipulate to the return of exhibits. Exh. Release Form filed.

3 : 20

Initials of Deputy Clerk   JG

CR-78 (10/08)    CRIMINAL MINUTES - TRIAL    Page 1 of 1