UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2019
CENTRAL DISTRICT OF CALIFORNIA
BY JG DEPUTY

Case No. __CR 16-414-GW__

Title: __U.S.A. v. Grace Hong__   Time: __3:55__

JURY NOTE NUMBER __1__

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

__α__   THE JURY REQUESTS THE FOLLOWING:

Patrick file for PETER SAO.

DATE: __5/28/19__   SIGNED: __REDACTED__
FOREPERSON OF THE JURY