UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 16-414-GW

Title: U.S.A. v. Grace Hong

Time: 4:35pm

JURY NOTE NUMBER 2

___X___   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

DATE: 5/28/19          SIGNED: **REDACTED**
                               FOREPERSON OF THE JURY