**FILED**
CLERK, U.S. DISTRICT COURT
MAY 2 8 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GRACE HONG,<br><br>          Defendant. | 2:16-CR-00414-GW<br><br>VERDICT FORM AS TO<br>DEFENDANT GRACE HONG |

We, the jury, unanimously find defendant GRACE HONG as follows:

As to Count One (Conspiracy to Commit Health Care Fraud):

_____ NOT GUILTY        __X__ GUILTY

As to Count Six (Health Care Fraud as to Gil A. Kim):

_____ NOT GUILTY        __X__ GUILTY

As to Count Seven (Health Care Fraud as to Keum Im Yun):

_____ NOT GUILTY        __X__ GUILTY

As to Count Eight (Health Care Fraud as to Peter Seo):

_____ NOT GUILTY        __X__ GUILTY

Dated: 5/28/19        ___REDACTED___
                      FOREPERSON OF THE JURY