FILED
CLERK, U.S. DISTRICT COURT

MAY 2 8 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF(S), v. GRACE HONG, DEFENDANT(S). | CASE NUMBER: CR 16-414-GW-2 |
|---|---|
| | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ___joint___ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

May 28, 2019
Date

Emily Culbertson, USDOJ
Counsel for: ☒ Plaintiff ☐ Defendant ☐ U.S.A.

Signature                    Telephone Number

May 28, 2019
Date

Counsel for: ☐ Plaintiff ☒ Defendant ☐ Grace Hong

Brittany L. Lane
Signature                    Telephone Number

=================================================================
I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

May 28, 2019
Date

By ___
Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL