Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Gabriel L. Pardo (Bar No. 261625)
gpardo@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
blane@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
GRACE HONG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GRACE HONG,<br><br>    Defendant. | Case No. CR 16-414-GW<br><br>**[PROPOSED] ORDER CONTINUING SENTENCING DATE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the date for sentencing in this matter is continued to January 23, 2020, at 8:00 a.m.

IT IS SO ORDERED.

DATED: October _____, 2019

_____
HON. GEORGE H. WU
United States District Judge

Presented by:

*/s/ Gabriel L. Pardo*
REUVEN L. COHEN
GABRIEL L. PARDO
BRITTANY L. LANE
Attorneys for GRACE HONG